

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00434-CV

**SERENGETI RESORT, LLC** and Lori Hagee,
Appellants

v.

**ESPERANZA PROPERTIES, LP**, Esperanza Properties GP, Inc. and Louis Scott Felder,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-094
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding Esperanza Properties, LP damages on its trespass claim is reversed, and judgment is rendered that Esperanza Properties, LP take nothing on its trespass claim. The portion of the trial court's judgment awarding Esperanza Properties, LP and Louis Scott Felder attorney's fees is reversed, and the cause is remanded to the trial court for further proceedings with regard to the attorney's fee claim. The remainder of the trial court's judgment is affirmed. It is ORDERED that appellants, Serengeti Resort, LLC and Lori Hagee, are responsible for one-half of the costs of this appeal, and appellees, Esperanza Properties LP, Esperanza Properties, GP, Inc., and Louis Scott Felder, are responsible for the other half of the costs.

SIGNED January 22, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice